RECEIVED
ELIZABETH A. WOLFORD

NOV 18 2015

United States District Judge
Western District of New York

1097 N. Goodman St, Apt 2-UP

Rochester, NY 14609

Nov 16, 2015.

Hon. Elizabeth Wolford

U.S. District Court Judge

100 State Street

Rochester, NY 14614

Your Honor,

**RE: CHRISTOPHER EZEH V. ROBERT A. MCDONALD, SECRETARY FOR THE DEPARTMENT OF VETERANS AFFAIRS.**

**CASE NO: 13-CV-6563 EAW.**

**PLAINTIFF'S REQUEST TO EXCEED 10 PAGES IN HIS REPLY TO THE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST THE DEFENDANT, THE DEPARTMENT OF VETERANS AFFAIRS**

**Your Honor,**

Plaintiff Christopher Ezeh hereby humbly writes to request that you permit Plaintiff to go beyond 10 pages but not to exceed a maximum of 25 pages in Plaintiff's reply to the defendant's opposition to Plaintiff's motion for summary judgment against the defendant, the Department of Veterans Affairs.

Plaintiff may not use up to 25 pages but just requesting in case there is need to go beyond the 10 page limit. Thank you for your kind consideration to this matter.

**Very truly yours,**

Rev. Dr. Christopher Ezeh

(Plaintiff)

CC. AUSA Kathryn L. Smith (Defendant Counsel).

*Request Denied*
*So Ordered:*
*Elizabeth Wolford*
11-20-15